*Messrs. Thomas J. Rowe, Jr.,* and *Charles A. Houts* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. John J. Byrne* for the United States.

No. 786. NATHAN GOLDSTEIN v. UNITED STATES. February 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Thomas J. Rowe, Jr.,* and *Charles A. Houts* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. John J. Byrne* for the United States.

No. 787. HARRY F. STRATTON v. UNITED STATES. February 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Thomas J. Rowe, Jr.,* and *Charles A. Houts* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. John J. Byrne* for the United States.

No. 775. CITY OF WICHITA FALLS, TEXAS, v. UNITED STATES. February 28, 1927. Petition for a writ of certiorari to the Court of Claims denied. *Mr. Robert Ash* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. Alexander H. McCormick* for the United States.

No. 776. AMERICAN RAILWAY EXPRESS COMPANY v. UNITED STATES. February 28, 1927. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. Benjamin S. Minor, H. Prescott Gatley, Hugh B. Rowland, Arthur P. Drury,* and *A. M. Hartung* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. Louis R. Mehlinger* for the United States.